No:

JOHN EDWARD HALL

v.

THE STATE OF TEXAS

§ IN THE

§ COURT OF CRIMINAL APPEALS

§ AUSTIN, TX.

## PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW THE APPELLANT/PETITIONER IN THE ABOVE-STYLED AND NUMBERED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW AND IN SUPPORT THEREOF WOULD SHOW TO THE COURT THE FOLLOWING:

1. THE STYLE AND APPEAL NUMBER IN THE DALLAS COURT OF APPEAL ARE: JOHN EDWARD HALL V. THE STATE OF TEXAS, APPEALS NO. 05-09-01368-CR.

2. THE APPELLANT/PETITIONER MOVES THAT, PURSUANT TO RULE 2, TEXAS RULES OF APPELLATE PROCEDURE, THIS COURT SUSPEND RULE 9.3(B), TEXAS RULES OF APPELLATE PROCEDURE, THAT REQUIRES THE FILING OF ELEVEN (11) COPIES OF THE PETITION FOR DISCRETIONARY REVIEW WITH THE COURT.

3. THE FACTS RELIED UPON TO SHOW GOOD CAUSE FOR THIS REQUEST ARE, AS FOLLOWS: THE APPELLANT IS INDIGENT AND INCARCERATED AND DOES NOT HAVE ACCESS TO A PHOTO COPIER. THE APPELLANT IS PRESENTLY NOT REPRESENTED BY COUNSEL AND INTENDS TO FILE A PRO SE PETITION FOR DISCRETIONARY REVIEW.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

WHEREFORE, PREMISES CONSIDERED, THE APPELLANT / PETITIONER RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW WITH THE COURT.

RESPECTFULLY SUBMITTED,

*John Edward Hall*

JOHN EDWARD HALL PRO SE
TDCJ # 1608233
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Tx. 76367

## CERTIFICATE OF SERVICE

THE APPELLANT / PETITIONER HEREBY CERTIFIES THAT A TRUE AND CORRECT COPY OF THE MOTION HAS BEEN MAILED VIA U.S. MAIL TO THE OFFICE OF THE CRIMINAL DISTRICT ATTORNEY FOR DALLAS COUNTY, FRANK CROWLEY COURTS BUILDING, 133 RIVERFRONT BLVD., 11TH FLOOR, DALLAS, TEXAS 75207, AND MAILED VIA U.S. MAIL TO THE OFFICE OF STATE PROSECUTING ATTORNEY, P.O. BOX 12405, AUSTIN, TX 78711, ON THE 29th DAY OF DECEMBER, 2014.

*John Edward Hall*
JOHN EDWARD HALL